FILED
2009 Nov-17 AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| YARBROUGH COMPANIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:09-cv-0911-RBP |
| CRIMSON TIDE SPORTS MARKETING, L.L.C. | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 13) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this case is hereby remanded to the Circuit Court of Jefferson County. An appropriate order will be entered.

**DONE**, this 17th day of November, 2009.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**